BRIAN S. KESLUK
DOUGLAS N. SILVERSTEIN
MICHAEL G. JACOB
LAUREN J. MORRISON
CATHERINE J. ROLAND
MIA MUNRO



LAW OFFICES OF
KESLUK & SILVERSTEIN

9255 SUNSET BLVD., SUITE 411
LOS ANGELES, CA 90069
TELEPHONE (310) 273-3180
FACSIMILE (310) 273-6137
www.californialaborlawattorney.com

March 17, 2014

*Via ECF (Scheduling Notification Letter)*

Deputy Clerk
US Court of Appeals, 2nd Circuit
40 Foley Square
New York, NY 10007

Re: **United States of America v. International Brotherhood of Teamsters**
Docket No. 14-304

Dear Deputy Clerk:

We are attorneys for the **Appellants Gary Guillory** and **Abraham Moreno** in the above-referenced matter. Pursuant to the Local Rules, we wish to advise the Court that we will be submitting our brief/joint appendix on or before **June 4, 2014**, which is within 91 days of the filing of Forms C and D. Thank you for your time and consideration.

If you have any questions, please do not hesitate to contact our office. Thank you.

Very truly yours,

s/ Catherine J. Roland

Catherine J. Roland, Esq.
KESLUK & SILVERSTEIN, P.C.
9255 Sunset Blvd., Suite 411
Los Angeles, CA 90069